Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.29.51.125,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-03265-JMV-SCM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 73.29.51.125. Pursuant to Fed.R.Civ.P.

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 30, 2018                                  Respectfully submitted,

                                                By:   /s/ *Patrick J. Cerillo*
                                                         Patrick J. Cerillo, Esq.
                                                         Patrick J. Cerillo, LLC
                                                         4 Walter E. Foran Blvd.,
                                                         Suite 402
                                                         Flemington, NJ 08822
                                                         Attorney ID No. 01481-1980
                                                         T: (908) 284-0997
                                                         F: (908) 284-0915
                                                         pjcerillolaw@comcast.net
                                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                            By: /s/ *Patrick J. Cerillo*

So Ordered.

_____
John Michael Vazquez, U.S.D.J.

Date: 5/30/18